**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: 3:26-cr-00981-LL |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |
| v. | |
| DAVID ARELLANO-GONZALEZ, | |
| Defendant. | |

**ORDER**

Upon the motion of the United States, and good cause appearing therefrom, it is hereby ordered that the Information is dismissed without prejudice.

IT IS SO ORDERED.

DATED: 4/6/2026 .

_____
HON. LINDA LOPEZ
U.S. DISTRICT JUDGE